FILED

JUN 23 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETER D. KEISLER
Assistant Attorney General
THEODORE C. HIRT
Assistant Branch Director, Federal Programs Branch
SUSAN K. ULLMAN (D.C. #426874)
Trial Attorney, Federal Programs Branch,
    United States Department of Justice
    20 Massachusetts Avenue, NW
    Civil Division - Room 7328
    Washington, D.C. 20530
    Telephone: (202) 616-0680
    Facsimile: (202) 616-8202
    E-mail: susan.ullman@usdoj.gov
KEVIN V. RYAN (CA #118321)
United States Attorney
JOANN SWANSON (CA #88143)
Chief, Civil Division

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| GREGORY AHARONIAN,<br><br>                Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES, in his official capacity as the Attorney General of the United States,<br><br>                Defendant. | No. C 04-05190 MHP<br><br>JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION AND TO SERVE DISCOVERY |

    The parties agree, through their respective counsel, that Defendant should have an additional two weeks, to and including June 29, 2005, to file a dispositive motion and brief in response to Plaintiff's complaint. The additional time is needed because of the schedule and workload of the Library of Congress and Defendant's counsel. Unless the time is extended, Defendant's brief is due on June 15, 2005. The parties also request that Plaintiff's deadline for serving discovery with respect to standing issues be extended by two weeks, to and including July 29, 2005.

C 04-05190 MHP - JOINT STIPULATION
FOR EXTENSION TO FILE DISPOSTIVE MOTION
AND SERVE DISCOVERY

The requested extensions would not affect the timing of the response and reply briefs, nor of the hearing, which is scheduled for November 7, 2005.

Plaintiff has authorized Defendant's counsel to sign this Joint Stipulation for him.

IT IS SO STIPULATED:

Dated:  June 13, 2005

PETER D. KEISLER
Assistant Attorney General
KEVIN V. RYAN
United States Attorney
JOANN SWANSON
Chief, Civil Division

*/s/ Susan K. Ullman*
THEODORE C. HIRT
Assistant Branch Director
SUSAN K. ULLMAN
Trial Attorney

Attorneys for Defendant

Date:  June 13, 2005

*/s/ Gregory Aharonian (by SKU)*
Gregory Aharonian

Plaintiff, *Pro Se*

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 22nd DAY OF JUNE, 2005.

HONORABLE MARILYN H. PATEL
United States District Judge

C 04-05190 MHP - JOINT STIPULATION
FOR EXTENSION TO FILE DISPOSTIVE MOTION
AND SERVE DISCOVERY

- 2 -